UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
October 15, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
        DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:12-mj-00268-EFB |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| DARTAN ROBINSON, ) | PERSON IN CUSTODY |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DARTAN ROBINSON, Case No. 2:12-mj-00268-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of: $ All available equity in subject property.

_____   Co-Signed Unsecured Appearance Bond

__X__   Secured Appearance Bond

__X__   (Other) Conditions as stated on the record.

__X__   (Other) The Defendant was ordered to appear in the District of Wyoming on or before 10/26/2012.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10/15/2012  at  3:00 pm

By _____
Edmund F. Brennan
United States Magistrate Judge