1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MATTHEW SCOBLE, Bar #237432
   Assistant Federal Defender
3  Office of the Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   DARTAN ROBINSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 12-mj-268-EFB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER TO EXONERATE BOND |
| v. | ) | |
| DARTAN ROBINSON, | ) | |
| Defendant. | ) | Judge: Hon. Carolyn K. Delaney |
| _____ | ) | |

The Court finds that Mr. Robinson was released pursuant to a $25,119.00 property bond which he posted to the Clerk of the Court. Mr. Robinson's case was transferred to the District of Wyoming, Cr.S-11-240 on December 10, 2012 and he is now out of custody. He satisfied all of his obligations to the Court and his case has been dismissed.

THEREFORE, it is hereby ORDERED that the $25,119.00 property bond in this case is ordered exonerated and that the Clerk of the Court is directed to reconvey to the surety, Dyian Thompson, 8114 Hawksworth Court, Sacramento, California 95843, property posted on behalf of Mr. Robinson.

Dated: December 17, 2012

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
United States Magistrate Judge